**Littler**

**Littler Mendelson, PC**
290 Broadhollow Road
Suite 305
Melville, NY 11747

Matthew R. Capobianco
631.247.4736 direct
631.247.4700 main
mcapobianco@littler.com

February 11, 2021

**SO ORDERED**

**VIA ECF**

Judge George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

FEB 1 1 2021

The March 25, 2021 initial conference is
adjourned to April 29, 2021 at 9:30 a.m.

*George B. Daniels*

HON. GEORGE B. DANIELS

Re:   *Joshua Adams v. 20X Hospitality LLC d/b/a Spicy Moon et al*
      U.S. District Court, S.D.N.Y., Civil Docket No. 1:20-cv-11008 (GBD)

Dear Judge Daniels:

This firm represents Defendant, 20X Hospitality LLC d/b/a Spicy Moon ("Defendant") in the above-referenced action. We write with the consent of Plaintiff to respectfully request: (1) an extension of time to respond to the Complaint until March 25, 2021; and (2) a 30-day adjournment of the March 25 Initial Conference until April 26, or a date otherwise convenient for the Court.

The additional time will allow the Defendant to investigate the claims in the Complaint and prepare its responses. The above requested adjournment/extension(s) will also permit the parties to engage in early settlement discussions and potentially prevent the waste of judicial resources and attorneys' fees. This is Defendant's first request for an adjournment of the Initial Conference and extension of time on the Answer deadline.

Thank you for Your Honor's consideration and attention to our request.

Respectfully submitted,

 */s/ Matthew R. Capobianco*

Matthew R. Capobianco

cc: All Counsel of Record (via ECF)

4845-7116-3356.1 111017.1000